| AO 91, Rev. 11/82 (David Joanson Authorizing) | CRIMINAL COMPLAINT | | |
|---|---|---|---|
| **United States District Court** | DISTRICT<br>Eastern District of Pennsylvania | | |
| UNITED STATES OF AMERICA<br>v.<br>CALIYL BRINKLEY | DOCKET NO. | | |
| | MAGISTRATE'S CASE NO.<br>21-MJ-915 | | |

Complaint for violation of Title 18 United States Code § 1073

| NAME OF JUDGE OR MAGISTRATE<br>Honorable Carol Sandra Moore Wells | OFFICIAL TITLE<br>U.S. Magistrate Judge | LOCATION<br>Philadelphia, PA |
|---|---|---|
| DATE OF OFFENSE<br>May 5, 2021 | PLACE OF OFFENSE<br>Philadelphia, PA | ADDRESS OF ACCUSED (if known)<br>7131 Marshall Road, Apartment B5,, Upper Darby, PA 19082 |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Sometime after May 5, 2021, in Upper Darby, in the Eastern District of Pennsylvania, defendant CALIYL BRINKLEY, did unlawfully travel in interstate commerce from Upper Darby, Pennsylvania, to the state of Alaska, to avoid prosecution for attempted murder, which crime is a felony under the laws of the Commonwealth of Pennsylvania in violation of Title 18 United States Code, Section 1073.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>s/ Brian A. Hefner<br>Brian A. Hefner |
|---|---|
| | OFFICIAL TITLE<br>Special Agent, Federal Bureau of Investigation |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE [1]<br>/s Carol Sandra Moore Wells<br>Honorable Carol Sandra Moore Wells, United States Magistrate Judge | DATE<br>4:38 p.m.<br>05/21/2021 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.

CALIYL BRINKLEY

**WARRANT FOR ARREST**

CASE NUMBER: 21-mJ-915

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CALIYL BRINKLEY

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ **Complaint** ☐ Order of court ☐ Violation notice ☐ Probation violation petition

charging him or her with (brief description of offense)

Unlawful Flight to Avoid Prosecution for a homicide in violation of Title 18, United States Code, Section 1073, as more fully set forth in the attached complaint.

In violation of Title 18 United States Code, Section(s) 1073

| | |
|---|---|
| Honorable Carol Sandra Moore Wells | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ Carol Sandra Moore Wells | 05/21/2021 Philadelphia, Pennsylvania |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Brian A. Hefner, Special Agent, | |
| DATE OF ARREST | Federal Bureau of Investigation | |

D Joanson Authorizing

1. On May 5, 2021, at approximately 12:59 p.m., officers with the Upper Darby Police Department were dispatched to the 300 block of Copley Road, Upper Darby, Pennsylvania for the report of shots fired. Once on scene, officers were flagged down by an employee of the Auto Zone, 7117 Marshall Road, Upper Darby, PA. The employee had observed a male enter a dark colored Dodge vehicle and flee on Marshall Road southbound towards Long Lane in Upper Darby. Officers established a crime scene perimeter after locating several bullet strikes in two unoccupied vehicles parked in the Auto Zone parking lot, and at least nine spent shell casings in the parking lot and on the immediately adjacent sidewalk and street.

2. Through investigation, members of the UDPD identified CALIYL BRINKLEY as one of the subjects involved in the shooting incident. On May 8, 2021, members of the Upper Darby Police Department obtained a Commonwealth of Pennsylvania arrest warrant for BRINKLEY, charging BRINKLEY with attempted murder, firearms not to be carried w/o license, aggravated assault and related charges. See attached arrest warrant.

3. On May 13, 2021, a ranking official of the Upper Darby Police Department requested via email the assistance of the FBI Philadelphia's Violent Crimes Task Force in locating and apprehending BRINKLEY.

4. On or about May 21, 2021, analysis of cell phone records of two phones utilized by BRINKLEY revealed that BRINKLEY fled the Philadelphia area on May 7, 2021 and is currently residing in Anchorage, Alaska. The cell phone analysis was conducted on two cell phones, one that was provided by BRINKLEY's mother and the other that was provided by BRINKLEY's employer at the time of the aforementioned crime.

5. Due to the above facts, your affiant believes CALIYL BRINKLEY has fled the Eastern District of Pennsylvania, in violation of Title 18 United States Code Section 1073.

s/ Brian A. Hefner

Brian A. Hefner

Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me

this _21_ day of May, 2021

s/ Carol Sandra Moore Wells, 4:38 p.m.

Honorable Carol Sandra Moore Wells

United States Magistrate Judge

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF DELAWARE**



# Arrest Warrant

Commonwealth of Pennsylvania
v.
Caliyl M. Brinkley

| | |
|---|---|
| Mag. Dist. No.: | MDJ-32-1-33 |
| MDJ Name: | Honorable Harry J. Karapalides |
| Address: | 1550 Garrett Road<br>Upper Darby, PA 19082 |
| Telephone: | 610-626-6900 |

| | | | |
|---|---|---|---|
| Complaint No.: | 202115937 | Issued For: | Caliyl M. Brinkley |
| Incident No.: | | Docket No: | MJ-32133-CR-0000165-2021 |
| Charging Officer: | Karr, Christopher R. Jr. | | |
| Arresting Agency: | Upper Darby Twn Police Dept | | |
| Case Filed: | 05/08/2021 | NCIC OFF: | |
| OTN: | R 136056-4 | OOC: | |
| Reason For Warrant: | Other (Arrest Warrant) | WARRANT ID: | DIS710286292 |
| Offense Date: | 05/05/2021 | Warrant Control No: | 32133-AW-0000051-2021 |
| Lead Offense: | 18 § 901 §§ A Criminal Attempt - Murder Of The First Degree | | |

**TO THE OFFICER: Christopher R. Karr Jr.**

In the name of the Commonwealth of Pennsylvania, you are commanded to take the defendant, Caliyl M. Brinkley, into custody. When the defendant is taken into custody, bring the defendant before me at the Court address shown above to answer the complaint charging the defendant with the offense(s) set forth above and further to be dealt with according to law.

Witness the hand and official seal of the issuing authority on this 8th day of May, 2021.

May 08, 2021
Date

_(signed) Andrew Goldberg_
Magisterial District Judge Goldberg



MJ-32133-CR-0000165-2021
MDJS 417
Printed: 05/08/2021 5:51:58PM

32133-AW-0000051-2021

1

Caliyl M. Brinkley

 FREE INTERPRETER
www.pacourts.us/language-rights
610-565-6990

Commonwealth of Pennsylvania
v.
Caliyl M. Brinkley

**Warrant Control No: 32133-AW-0000051-2021**
Docket No: MJ-32133-CR-0000165-2021
OTN: R 136056-4

## RETURN WHERE DEFENDANT FOUND

By authority of this warrant, on _____, 20 _____

I took into custody the within named _____, and he/she is

☐ before you for disposition.

☐ In the _____ Prison.

## RETURN WHERE DEFENDANT IS NOT FOUND

☐ After careful search, I cannot find the within named defendant.

_____
(Signature of Police Officer - Name and Title)

| Service Costs: | | Additional Statutorily Authorized Service Costs: | | |
|---|---|---|---|---|
| Warrant | _____ | _____ | _____ | |
| Miles @ | _____ | _____ | _____ | |
| Commitments | _____ | _____ | _____ | |
| Miles @ | _____ | _____ | _____ | |
| Convey/Transport | _____ | _____ | _____ | |
| Miles @ | _____ | _____ | _____ | |
| | | | Total | _____ |

MDJS 417
Printed: 05/08/2021 5:51:58PM

2

FREE INTERPRETER
www.pacourts.us/language-rights
610-565-6990

Case 3:21-mj-00324-MMS   Document 1   Filed 06/02/21   Page 6 of 6