Gretchen Staft
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gretchen_staft@fd.org

Counsel for Caliyl Brinkley

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:21-mj-000324-MMS |
|---|---|
| Plaintiff, | **STATUS REPORT** |
| vs. | |
| CALIYL BRINKLEY, | |
| Defendant. | |

Defendant Caliyl Brinkley, through counsel, Gretchen Staft, Assistant Federal Defender, submits this status report in accordance with the Court's order at Docket 4.

Mr. Brinkley respectfully requests that a preliminary hearing be held in this district.

The defense is also in the process of investigating a possible release plan which may be presented to the Court at the hearing on June 9, 2021 at 2:00 p.m. Mr. Brinkley would like to go to Pennsylvania as soon as possible to address pending matters there. However, Mr. Brinkley is concerned that if he is committed to the custody of the U.S. Marshals for transport, such transport could take weeks to months before he arrives in the charging district. Therefore, parties are investigating options for how best to accomplish timely transport to the charging district.

//

//

//

DATED at Anchorage, Alaska this 7th day of June, 2021.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Gretchen Staft*
Gretchen Staft
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on June 7, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gretchen Staft*