(Rev 4/18)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# EXHIBIT LIST OF DEFENDANT

Case No.: 3:21-mj-000324-MMS  Magistrate Judge: MATTHEW M. SCOBLE

Title: U.S.A.

vs. CALIYL BRINKLEY

Dates of Hearing/Trial: JUNE 10, 2021

Deputy Clerk: CAMILLE WHITE

Official Reporter: NONE

**Attorney for Defendant**

GRETCHEN L. STAFT

## EXHIBITS

| EX# | ID | ADM | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DE-1 | X | | AFFIDAVIT IN COMPLAINT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |